NUMBER
13-01-442-CR

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

__________________________________________________________________

 

RAYMUNDO ARAGON HERNANDEZ,                                      Appellant,

 

                                                   v.

 

THE STATE OF TEXAS,                                                          Appellee.

__________________________________________________________________

 

                         On
appeal from the 24th District Court 

                                 of Jackson County, Texas.

___________________________________________________________________

 

                                   O
P I N I O N

 

                   Before
Justices Dorsey, Rodriguez, and Castillo

                                       Opinion
Per Curiam

 

Appellant, RAYMUNDO ARAGON HERNANDEZ,
perfected an appeal from a judgment entered by the 24th District
Court of Jackson County, Texas,  in cause number 01-3-6372.  Appellant has filed a motion to dismiss the
appeal.  The motion complies with Tex. R. App. P. 42.2(a).








The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted.  Appellant's motion to
dismiss the appeal is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

 

Opinion delivered and
filed this

the 16th day
of May, 2002.